Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR17-112-RAJ |
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| v. | |
| EDWARD BUI, | |
| Defendant. | |

Based on the unopposed motion to continue the trial date, and the facts set forth therein, which are hereby incorporated by reference and adopted as findings of fact, and its review of the record, the Court makes the following finds of fact and conclusions of law:

1. Defendant is charged in a fourteen-count indictment with Wire Fraud, Mail Fraud, and Aggravated Identity Theft.
2. The case is presently set for trial July 3, 2017. Mr. Bui was indicted on April 12, 2017 and arraigned on April 27, 2017.
3. The fraud schemes alleged in the indictment are of a complex nature.
4. The government has already produced discovery including several thousand pages of materials that counsel will need time to review and additional discovery is expected to be produced by the government.

5. Counsel needs adequate time to review the discovery, investigate and prepare for any pretrial motions, investigate the facts and possible defenses, and also needs time to consult with his client and prepare for trial.
6. Defense counsel has represented that additional time beyond the July 3, 2017, trial date is needed.
7. Government counsel have represented that they do not oppose the request.
8. Defense counsel has represented that he has consulted with his client, who agrees to the proposed continuance and has executed speedy trial waiver.

Pursuant to 18 USC § 3161 (h)(7)(A) and (B)(iv) the Court finds that the public's interest in a speedy trial is outweighed by the Court's interest in ensuring that Defendant's counsel has adequate and reasonable time to investigate and prepare, and that the July 3, 2017, trial date does not afford adequate time. Absent a continuance, defense counsel would not have adequate time to prepare to defend his client.

THEREFORE IT IS HEREBY ORDERED that the trial date be continued from July 3, 2017, to November 6, 2017.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date of November 6, 2017, shall be excluded for speedy trial purposes under 18 U.S.C. § 3161 (h)(7)(A), (B)(i), (B)(iv).

All pretrial motions, including motions in limine, shall be filed no later than September 7, 2017.

DATED this 5th day of May, 2017.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge