Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EDWARD BUI, <br><br> Defendant. | NO. CR17-112RAJ <br><br> **PROTECTIVE ORDER** |

This matter coming before the Court on an Unopposed Motion for Entry of Protective Order, the Court hereby enters the following order:

Certain discovery material to be produced in this case may contain confidential financial or other personal information. All discovery material containing any of the following information will be deemed Confidential Information: complete bank account numbers for accounts owned by other people than the defendant, driver's license and social security numbers of people other than the defendant.

From the date of this Order, the government shall designate discovery as Confidential Information, by bates number, at the time it is produced to the defendant.

Possession of Confidential Information is limited to attorneys of record in the case, their staff, and their investigators. The attorneys of record may not provide copies of the Confidential Information to any other person. This order does not prohibit the

Protective Order/ - 1
U.S. v. Bui, CR17-112RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

attorneys of record, their staff, and their investigators, from discussing the Confidential Information with, or showing the Confidential Information to, the defendant and any prospective witness, so long as only the attorneys of record maintain possession of the Confidential Information.

This Protective Order may be modified, as necessary, by Stipulated Motion or otherwise.

DATED this 16th day of June, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970