01

02

03

04

05

06                            UNITED STATES DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
07                                      AT SEATTLE

08  UNITED STATES OF AMERICA,           )
                                        )   CASE NO. CR09-133-RAJ
09           Plaintiff,                 )
                                        )
10      v.                              )
                                        )   DETENTION ORDER
11  MICAH BUITRON,                      )
                                        )
12           Defendant.                 )
    _____ )

13

14  <u>Offense charged</u>:        Supervised Release Violations (5)

15  <u>Date of Detention Hearing</u>:    June 1, 2017.

16          Defendant is charged with five alleged violations of the conditions of supervised release

17  in the above-captioned matter. (Dkt. 71, 72.)   In an initial appearance on June 1, 2017,

18  defendant denied the alleged violations, and an evidentiary hearing has been scheduled before

19  Judge Jones on June 30, 2017.   The Court, having conducted a detention hearing pursuant to

20  18 U.S.C. § 3143(a)(1), FRCP 32.1(a)(6), finds that defendant has failed to show by clear and

21  convincing evidence that he does not pose a risk of danger or risk of nonappearance.   Until

22  further order of the Court, this Order supersedes defendant's release in Case No. CR17-112

DETENTION ORDER
PAGE -1

01  RAJ (Dkt. 14, 16 therein).

02  It is therefore ORDERED:

03  1.  Defendant shall be detained pending evidentiary hearing on violation of supervised

04  release and committed to the custody of the Attorney General for confinement;

05  2.  Defendant shall be afforded reasonable opportunity for private consultation with

06  counsel;

07  3.  On order of the United States or on request of an attorney for the Government, the person

08  in charge of the corrections facility in which defendant is confined shall deliver the

09  defendant to a United States Marshal for the purpose of an appearance in connection

10  with a court proceeding; and

11  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

12  for the defendant, to the United States Marshal, and to the United States Probation

13  Services Officer.

14  DATED this 1st day of June, 2017.

15

16  _____
    Mary Alice Theiler

17  United States Magistrate Judge

18

19

20

21

22

DETENTION ORDER
PAGE -2