UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>EDWARD BUI,<br>a/k/a MICAH BUITRON,<br><br>               Defendant. | No. 2:17-cr-00112-RAJ<br><br>ORDER EXTENDING DEADLINE FOR DISCOVERY |

THIS MATTER having come before the Court upon the Stipulated Motion of the parties hereto, and the Court having reviewed the records and files herein, it is hereby:

ORDERED that the parties' Stipulated Motion (Dkt. #58) is GRANTED. The discovery deadline in this matter is extended to February 10, 2019.

DATED this 15th day of January, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER EXTENDING DEADLINE FOR DISCOVERY -- 1
Case No. 2:17-cr-00112-RAJ
Order Extending Discovery Deadline.docx

**WK** WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728