Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>EDWARD BUI,<br>a/k/a MICAH BUITRON,<br><br>Defendant. | NO. CR17-112-RAJ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

1. The real property located at **28 Vintage Canyon Street**, Las Vegas, Nevada 89141, Clark County Tax ID No. 191-06-214-012, titled in the name of Operture, Inc., together with its buildings, improvements, appurtenances, fixtures, attachments, and easements, more particularly described as follows:

    PARCEL I: LOT 83 OF LOT 319 UNIT NO. 4 AT SOUTHERN HIGHLANDS, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 117 OF PLATS, PAGE 25, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

    PARCEL II: A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND ENJOYMENT IN AND TO THE PRIVATE STREET AS SHOWN ON THE MAP OF SAID PLAT.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. The real property located at **3918 Blue Gull Street**, North Las Vegas, Nevada 89032, Clark County Tax ID No. 139-10-115-052, titled in the name of Operture, Inc., together with its buildings, improvements, appurtenances, fixtures, attachments, and easements, more particularly described as follows:

PARCEL ONE (1): LOT NINETY-NINE (99) IN BLOCK FOUR (4) OF GLENEAGLES UNIT 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 93 OF PLATS, PAGE 3, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA;

PARCEL TWO (2): A NON-EXCLUSIVE EASEMENT OF ACCESS, INGRESS, EGRESS, USE AND EMPLOYMENT OF, IN, TO AND OVER THE ASSOCIATION PROPERTY, AS SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR GLENEAGLES, RECORDED OCTOBER 5, 1999 IN BOOK 991005 AS DOCUMENT NO. 01489, AS THE SAME MAY FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, WHICH EASEMENT IS APPURTENANT TO PARCEL ONE (1).

3. The real property located at **849 Hedge Way**, Unit 2, Las Vegas, Nevada 89110, Clark County Tax ID No. 140-30-313-044, titled in the name of Invidia Investments, Inc., together with its buildings, improvements, appurtenances, fixtures, attachments, and easements, more particularly described as follows:

THE REAL PROPERTY SITUATED IN THE COUNTY OF CLARK, STATE OF NEVADA, DESCRIBED AS FOLLOWS:

LOT TWO (2) IN BLOCK THIRTY-SIX (36) OF ATRIUM GARDENS IV, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 29 OF PLATS, PAGE 2, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

4. The real property located at **35 Innisbrook Ave**., Las Vegas, Nevada 89113, Clark County Tax ID No. 163-28-614-027, together with its buildings, improvements, appurtenances, fixtures, attachments, and easements, more particularly described as follows:

LOT THIRTY-SIX (36) IN BLOCK TWO (2) OF ESTATES AT SPANISH TRAILS NO. 5, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 40,

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

OF PLATS, PAGE 6, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK.

The Court, having reviewed the record in this case, FINDS:

On November 3, 2017, the Court entered a Stipulated Preliminary Order of Forfeiture finding the above-identified real properties, among other property, forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and forfeiting Defendant Edward Bui's interest in them. Dkt. No. 44;

Thereafter, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the pending forfeitures, Dkt. No. 53, and, pursuant to Fed. R. Crim. P. 32.2(b)(6)(A), sent direct notices, some of which were returned, to potential claimants;

The time for filing any further third-party petitions as to the above properties has expired, and none were filed.

THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Secret Service and Department of Homeland Security, and/or its representatives, are authorized to dispose of the property as permitted by governing law.

IT IS SO ORDERED.

DATED this 7th day of May, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge