Judge Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> EDWARD BUI, <br> a/k/a MICAH BUITRON, <br><br> Defendant. | NO. CR17-112 RAJ <br><br> **AMENDED FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of an Amended Final Order of Forfeiture for the following property:

1. The real property located at **28 Vintage Canyon Street**, Las Vegas, Nevada 89141, Clark County Tax ID No. 191-06-214-012, titled in the name of Operture, Inc., together with its buildings, improvements, appurtenances, fixtures, attachments, and easements, more particularly described as follows:

    PARCEL I: LOT 83 OF LOT 319 UNIT NO. 4 AT SOUTHERN HIGHLANDS, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 117 OF PLATS, PAGE 25, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

    PARCEL II: A NON-EXCLUSIVE EASEMENT FOR INGRESS, EGRESS AND ENJOYMENT IN AND TO THE PRIVATE STREET AS SHOWN ON THE MAP OF SAID PLAT.

2. The real property located at **849 Hedge Way**, Unit 2, Las Vegas, Nevada 89110, Clark County Tax ID No. 140-30-313-044, titled in the name of Invidia Investments, Inc., together with its buildings, improvements, appurtenances, fixtures, attachments, and easements, more particularly described as follows:

   THE REAL PROPERTY SITUATED IN THE COUNTY OF CLARK, STATE OF NEVADA, DESCRIBED AS FOLLOWS:

   LOT TWO (2) IN BLOCK THIRTY-SIX (36) OF ATRIUM GARDENS IV, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 29 OF PLATS, PAGE 2, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

3. The real property located at **35 Innisbrook Ave**., Las Vegas, Nevada 89113, Clark County Tax ID No. 163-28-614-027, together with its buildings, improvements, appurtenances, fixtures, attachments, and easements, more particularly described as follows:

   LOT THIRTY-SIX (36) IN BLOCK TWO (2) OF ESTATES AT SPANISH TRAILS NO. 5, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 40, OF PLATS, PAGE 6, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK.

The Court, having reviewed the record in this case, FINDS:

On November 3, 2017, the Court entered a Stipulated Preliminary Order of Forfeiture finding the above-identified real properties, among other property, forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and forfeiting Defendant Edward Bui's interest in them. (Dkt. No. 44);

Thereafter, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the pending forfeitures (Dkt. No. 53), and, pursuant to Fed. R. Crim. P. 32.2(b)(6)(A), sent direct notices, some of which were returned, to potential claimants;

The time for filing any further third-party petitions as to the remaining above-identified properties has expired, and none were filed.

///

On May 7, 2019, the Court granted a Final Order of Forfeiture, finding the above-identified properties finally forfeited, including the real property located at **3918 Blue Gull Street**, North Las Vegas, Nevada 89032, Clark County Tax ID No. 139-10-115-052, ("Blue Gull Property") (Dkt. No. 71).

Since the Final Order of Forfeiture was entered, the United States was contacted by Bank of America N.A. and learned that Bank of America obtained a summary judgment against Operture Inc. on or about August 30, 2017 in the District Court of Clark County, Nevada. Further, the property is being deeded to Housing and Urban Development (HUD). Additionally, the United States Secret Service has determined it would not be cost-effective for the United States to pursue the sale of the Blue Gull Property. The United States has thus moved to amend the Final Order of Forfeiture to remove the Blue Gull Property from the order.

THEREFORE, THE COURT ORDERS:

1. The list of properties being finally forfeited is amended to include only the three above-identified properties listed in paragraphs 1 through 3 and no longer includes the property at 3918 Blue Gull Street, North Las Vegas, Nevada 89032.

2. No right, title, or interest in the three above-identified properties exists in any party other than the United States;

3. The three above-listed properties are fully and finally condemned and forfeited, in their entirety, to the United States; and,

4. The United States Secret Service and Department of Homeland Security, and/or its representatives, are authorized to dispose of the properties as permitted by law.

IT IS SO ORDERED.

DATED this 10th day of July, 2020.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge