The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>EDWARD BUI, a/k/a MICAH BUITRON,<br><br>Defendant. | NO. CR17-112 RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE WITHOUT PREJUDICE |

THIS MATTER comes before the Court on Defendant Edward Bui's motion for compassionate release. Dkt. 76. Having considered the parties' briefing to date and the relevant record, the Court hereby **DENIES** the motion without prejudice.

To permit a court to exercise its discretion to reduce a sentence, a defendant first has the burden of establishing that the exhaustion requirement has been met. *United States v. Van Sickle*, 2020 WL 2219496, at *3 (W.D. Wash. May 7, 2020) (citing cases). Mr. Bui has not met the exhaustion requirement. Although he claims in his motion that he filed a request for compassionate release with the warden on May 15, 2020, and indicates it is included as Exhibit 1 to his motion, it was not attached.

The government indicates that according to the Bureau of Prisons, on May 15, 2020, Mr. Bui did request a transfer to home confinement under the CARES Act, but indicates that is not considered a compassionate release request. That CARES Act

ORDER - 1

1 | request was denied on May 20, 2020.  It is the government's contention Mr. Bui has not
2 | met his burden of showing he complied with the exhaustion requirement.
3 |     As there is no evidence before this Court that this statutory exhaustion requirement
4 | has been met, Mr. Bui's motion is **DENIED** without prejudice.

6 | DATED this 13th day of July, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 2