Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>EDWARD BUI,<br>a/k/a MICAH BUITRON,<br><br>Defendant. | NO. 2:17-cr-00112-RAJ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

- $3,500.00 in U.S. funds in lieu of the real property located at 8101 W. Flamingo Rd. No. 1010, Las Vegas, Nevada 89147, Clark County Tax ID No. 163-21-514-018; together with its buildings, improvements, appurtenances, fixtures, attachments and easements, legally described as: CATALINA SHORES AT WEST FLAMINGO AMD UNIT 1010 BLDG 2, as per map recorded in Book 71, Page 25, Office of County Recorder of Clark County NV.

The Court, having reviewed the record in this case, FINDS:

In the Plea Agreement he entered on August 7, 2017, Defendant Edward Bui agreed to forfeit his interest in the above-identified real property, among other property, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) as property constituting or derived from proceeds traceable to Wire Fraud and Bank Fraud. Dkt. No. 29;

On November 3, 2017, the Court entered a Stipulated Preliminary Order of Forfeiture finding the above-identified real property, among others, forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and forfeiting the Defendant's interest in it. Dkt. No. 44;

Thereafter, as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the pending forfeitures, Dkt. No. 53, and, pursuant to Fed. R. Crim. P. 32.2(b)(6)(A), sent direct notices to potential claimants.

On March 5, 2020, the Court approved a settlement agreement between the United States and Third-Party Claimant Nationstar Mortgage, LLC, in which the United States agreed to release the real property to Nationstar in return for the $3,500.00 in U.S. funds. Dkt No.73; and

The time for filing any further third-party petitions as to the above-identified real property has expired, and no additional claims were filed.

THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the $3,500 in lieu of the real property exists in any party other than the United States;

2. The substitute $3,500 is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The United States Department of Homeland Security, the United States Secret Service, and/or their authorized representatives, are authorized to dispose of the $3,500 in lieu of the real property as permitted by governing law.

IT IS SO ORDERED.

DATED this 24th day of July, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge