Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>EDWARD BUI,<br><br>　　　　　　　　Defendant(s). | NO. CR17-0112RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR APPOINTMENT OF COUNSEL |

THIS MATTER comes before the Court upon Defendant Edward Bui's pro se Motion for Appointment of Counsel for purposes of assisting him in filing a motion for compassionate release. Having considered the motion, and the files and pleadings herein,

IT IS ORDERED that Defendant's Motion (Dkt. #95) is DENIED.

DATED this 16th day of October, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge